UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23-cr-00213 |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO MODIFY ORDER** |
| Kipp Neil Ridley, | ) | **SETTING CONDITIONS** |
| | ) | **OF RELEASE** |
| Defendant. | ) | |

COMES NOW, the Defendant, Kipp Neil Ridley, by and through his attorney, Garrett D. Ludwig, hereby moves the Court for an Order modifying Defendant's conditions of release.

On July 12, 2024 the Court issued an Order Setting Conditions of Release wherein Defendant was required to reside in sober living facility Firm Foundations in Jamestown, North Dakota. Since that time, the Defendant has done very well. He has maintained sobriety, complied with all conditions of his release and conditions of sober living, and has maintained full time employment.

The Defendant has a child in foster care that is in the temporary custody of the State of North Dakota. Defendant presently gets visitation of his child, however, in order to begin the formal reunification process with his child, the State understandably requires that he obtain his own independent residence. The Defendant has been approved for housing at 2007 East Divide Avenue, Bismarck, North Dakota. Therefore, the Defendant respectfully requests that his conditions of release be amended to allow him to live independently in Burleigh/Morton Counties, subject to all other current conditions of his pretrial release.

The undersigned has discussed this with Defendant's Pretrial Service Officer, Christine Argall, and Officer Argall is in support of this request. Likewise, the Government has also

informed the undersigned that they do not object to the Defendant's requested modification of conditions of release since the same is supported by Officer Argall.

WHEREFORE, Defendant, Kipp Neil Ridley, respectfully requests that the Court modify conditions of release to allow him to move out of Firm Foundations sober living housing and that he now be allowed to live independently within Burleigh/Morton Counties, subject to all other conditions of his release which would remain in place.

Dated this 25 day of February, 2025.

/s/ Garrett D. Ludwig

GARRETT D. LUDWIG
State Bar ID No. 06275
KELSCH RUFF KRANDA NAGLE & LUDWIG
Attorneys for the Defendant
103 Collins Avenue, P.O. Box 1266
Mandan, North Dakota, 58554-7266
(701) 663-9818
gludwig@kelschlaw.com