# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,         ) | |
| ) | **ORDER** |
| Plaintiff,         ) | |
| ) | |
| vs.         ) | |
| ) | Case No. 1:23-cr-213 |
| Kipp Neil Ridley,         ) | |
| ) | |
| Defendant.         ) | |

On July 12, 2024, the court issued an order conditionally releasing Defendant to Firm Foundations, a sober living facility in Jamestown, North Dakota. (Doc. No. 417). On February 25, 2025, Defendant filed a Motion to Modify Order Setting Conditions of Release. (Doc. No. 579). Stressing that he has maintained his sobriety as well as full-time employment since being released and has complied with all of his release conditions, he requests that the court modify his conditions to permit him to reside independently in Burleigh/Morton Counties.

There being no objection from the United States, the court **GRANTS** Defendant's motion (Doc. No. 579) and modifies Defendant's release conditions as follows. Defendant shall reside at a residence approved by the Pretrial Services Officer. Defendant shall not change this residence without the prior authorization of the Pretrial Services Officer. Defendant remains subject to all other conditions of release previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2025.

                                               */s/ Clare R. Hochhalter*
                                               Clare R. Hochhalter, Magistrate Judge
                                               United States District Court